UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22521-CIV-O'SULLIVAN

JAMELIA BARNETT, individually and
as personal representative of the
Estate of LILA ASHLEY BARNETT,
deceased,

    Plaintiff,
v.

CARNIVAL CORPORATION, RAHAL
MONTHER and DEBRA FERRIS-REYNOLDS,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant Carnival Corporation's Objections to Plaintiff's Notice of Taking Deposition Upon Oral Examination of Carnival Corporation (DE # 49, 2/28/07) and the Plaintiffs' Response to Carnival Corporation's Objections to Plaintiff's Notice of Taking Deposition Upon Oral Examination of Carnival Corporation (DE # 50, 3/14/07). Pursuant to Appendix A to the Local Rules for the Southern District of Florida, discovery materials shall generally not be filed with the Court. Discovery disputes shall be brought before the undersigned for an informal hearing prior to the filing of any discovery motion. (See attached Discovery Procedure for Magistrate Judge John J. O'Sullivan.) Accordingly, it is

ORDERED AND ADJUDGED that the Defendant Carnival Corporation's Objections to Plaintiff's Notice of Taking Deposition Upon Oral Examination of Carnival Corporation (DE # 49, 2/28/07) and the Plaintiffs' Response to Carnival Corporation's

Objections to Plaintiff's Notice of Taking Deposition Upon Oral Examination of Carnival Corporation (DE # 50, 3/14/07) are both stricken from the record.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 20th day of March, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

All counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## DISCOVERY PROCEDURE FOR
## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery procedures apply to all civil **CONSENT** cases assigned to United States Magistrate Judge John J. O'Sullivan.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will hold a regular discovery calendar every Thursday, from 9:30 a.m. to 11:00 a.m. in the South Courtroom, United States Courthouse, 2nd Floor, 300 N.E. First Avenue.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar.

A matter must be placed on the calendar by contacting Magistrate Judge O'Sullivan's Chambers no later than three (3) days prior to the calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard. No more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.