UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22521-CIV-O'SULLIVAN

JAMELIA BARNETT, individually and
as personal representative of the
Estate of LILA ASHLEY BARNETT,
deceased,
    Plaintiff,
v.

CARNIVAL CORPORATION, RAHAL
MONTHER and DEBRA FERRIS-REYNOLDS,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Rehearing regarding Defendant Monther Rahal, M.D.'s Motion to Dismiss (DE # 81, 5/29/07). Having reviewed the parties' filings, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Rehearing regarding Defendant Monther Rahal, M.D.'s Motion to Dismiss (DE # 81, 5/29/07) is **DENIED**. The plaintiff has failed to persuade the court that the circumstances are sufficiently extraordinary to warrant relief pursuant to Rule 60(b).  Toole v. Baxter Healthcare Corp., 235 F.3d 1307, 1317 (11th Cir. 2000).

DONE AND ORDERED, in Chambers, at Miami, Florida, this **11th** day of June, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record